# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00642-CR

**Naquan Tyreek Boyd, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 62071, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant seeks to appeal from the trial court's judgment convicting him of deadly conduct. Appellant was charged with aggravated assault with a deadly weapon and, according to the trial court's judgment, agreed to the terms of a plea bargain and pled guilty to the lesser-included charge of deadly conduct. Appellant filed his notice of appeal in the trial court on about September 26, 2008. The trial court has certified that the cause was a plea-bargain case and that appellant has no right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed: December 19, 2008

Do Not Publish